# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## RICHMOND DIVISION

In re:  Richard Collins-Bey                      Case Number: 07-34583
       Mary Ellen Collins-Bey                 Chapter :   13

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

    Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

|  | **Amount of Dividend** |
|---|---|
| **Richard Collins-Bey**<br>**Mary Ellen Collins-Bey**<br>**3606 Montclair Road**<br>**Richmond, VA  23223** | $ 0.34 |

Dated: **June 25, 2010**

\S\ Robert E. Hyman
_____
(Signature of Trustee)

**Robert E. Hyman**
**Standing Chapter 13 Trustee**
**P.O. Box 1780**
**Richmond, VA. 23218-1780**